| Date | Hours | Service | Rate | Total |
|---|---|---|---|---|
| 5/30/2014 | 0.1 | Review Notice of Mortgage Increase Payment Change | $250.00 | $25.00 |
| 6/2/2014 | 0.1 | Review Notice of Withdrawal re. Mortgage Payment Change | $250.00 | $25.00 |
| 6/2/2014 | 0.1 | Review Notice of Mortgage Increase Payment Change | $250.00 | $25.00 |
| 7/1/2014 | 0.1 | Review Request for Notice by U.S. Bank National Association | $250.00 | $25.00 |
| 9/27/2014 | 0.2 | Review Trustee's Motion to Dismiss Case re. Plan not Feasible | $250.00 | $50.00 |
| 9/30/2014 | 0.3 | Draft & File Response to Motion to Dismiss Case | $250.00 | $75.00 |
| 10/1/2014 | 0.1 | Review Notice of Hearing | $250.00 | $25.00 |
| 10/6/2014 | 0.1 | Review Notice of Adjournment of Hearing | $250.00 | $25.00 |
| 10/25/2014 | 0.1 | Review Order Resolving Trustee's Motion to Dismiss | $250.00 | $25.00 |
| 10/27/2014 | 0.3 | Draft & File Stipulation to Amend Payment Order | $250.00 | $75.00 |
| 10/27/2014 | 0.1 | Review Amended Payment Order | $250.00 | $25.00 |
| 11/26/2014 | 0.1 | Review Notice of Mortgage Decrease Payment Change | $250.00 | $25.00 |
| 12/18/2014 | 0.1 | Review Trustee's Notice re. Funding of Plan | $250.00 | $25.00 |
| 3/10/2015 | 0.1 | Draft & File Certification Regarding Domestic Support Obligation for William Rosenberg | $250.00 | $25.00 |
| 3/10/2015 | 0.1 | Draft & File Certification Regarding Domestic Support Obligation for Dawn Rosenberg | $250.00 | $25.00 |
| 7/2/2015 | 0.1 | Draft & File Fee Application | $250.00 | $25.00 |
| | | | Total | **$525.00** |
| | | **Expense** | | |
| 9/30/2014 | 2 | Copies | $0.25 | $0.50 |
| 9/30/2014 | 1 | Postage | $0.49 | $0.49 |
| 10/27/2014 | 2 | Copies | $0.25 | $0.50 |
| 10/27/2014 | 1 | Postage | $0.49 | $0.49 |
| 7/2/2015 | 12 | Copies | $0.25 | $3.00 |
| 7/2/2015 | 1 | Postage | $0.71 | $0.71 |
| | | | | $0.00 |
| | | | Total | **$5.69** |